FILED BY _____ D.C.

JUL 27 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

(1" from top of page, and centered, begin title of Court)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. _____ -CV-_____
(Judge's Last Name/Magistrate's Last Name)

_____

_____

(Full Name of Plaintiff/s)

Plaintiff (s)

vs. __Marc Csapo__

_____

(Full Name of Defendant/s)

Defendant(s). Publix #1606 Dominic Modaterri, Brad Hendrix, Valerie Petito

### TITLE OF DOCUMENT

I, Marc Csapo _____ [plaintiff or defendant], in the above styled cause, hereby set forth a complaint against Publix #1606 et al for violating my Florida civil rights FL statute 760.08, Discrimination in places of public accomodations, violating ADA title iii and violating Broward county emergency order 20-12 Section 3-BC2). I am an individual with health problems that prohibit me from wearing a mask. All above statutes protect my right to not wear a mask due to my disability and still be allowed to shop at Publix. They denied me this right.

## Statement of Claim

At approximately 10:25 a.m. on Wednesday June 17th I arrived at Publix located at 4701 South University Drive in Davie Florida. I arrived with my 14 year old minor daughter who was wearing the mask. Upon my arrival the lady at the door asked me if I had a mask I informed her that I have a breathing disability. She understood and told me to have a nice day and I continued to enter the store to shop.

As I have several disabilities I used the electric car provided and went towards the bakery Deli area when I encountered the first male manager once again I was asked to put on a mask. I repeated myself again and said I have a breathing disability and told him have a good day sir. He replied you must show me your disability papers I informed him he could not ask for those and have a good day. He then stormed off. He blatantly violated my rights by asking me to prove my disability.

I continued towards the back aisle buy the refrigerator pickles and the frozen section for spinach at that point I was surrounded by two male managers later revealed to be Dominic and Brad and one female Valerie. They then aggressively told me again and that I need a mask to which I again responded that I have a breathing disability. To help neutralize the situation I put my shirt over my face and tried to continue shopping.

Valerie continued to block me from shopping. At this point I told her ma'am please stop you're embarrassing me and bringing attention to my disability. She then responded that I was embarrassing myself. There was now an audience watching. I finally reached the point of feeling such shame and embarrassment I was reacting physically. I was shaking and felt as I was about to have a panic attack. I have been prone to panic attacks in the past and was very worried about my condition.

I needed to leave the store as my health was now in jeopardy. I got in my car and started to drive however my emotional state was off and I had to stop together myself. My daughter who witness me having panic attacks and saw everything that had just occurred began to worry about my well-being and also sucumb to her emotions and began to cry. We had to stay there in our car and gather ourselves before we finally left.

When I finally arrived home and saw my wife and explained to her the situation I let go of all my emotions and suffered a panic attack. This was very disturbing to me and my family as this should have not occurred because I am it within my rights to not wear a mask in public and had my rights violated.

7/13/2020
Dated: Month, day, year

Respectfully submitted,

_____
Name of Filer

Pro-se
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

7840 NW 30th St
Street Address

Hollywood FL 33024
City, State, Zip Code

Telephone: _____

Facsimile: _____

_[signature]_ 7-13-20
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

_____ [specify method of service] on _____ [date]

on all counsel or parties of record on the Service List below.

_____
Signature of Filer



Csapo
7640 NW 30th St
Holywood FL 33024

US District Court
299 E Broward Blvd
Ste. 108
Ft. Lauderdale FL 33301